# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| GREATGIGZ SOLUTIONS, LLC, | **CIVIL ACTION NO. 6:20-cv-00651-ADA** |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| LYFT, INC., | |
| Defendant. | The Honorable Alan D Albright |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM

After consideration of Defendant's Motion to Dismiss Complaint for Failure to State a Claim pursuant to Rule 12(b)(6), the Court finds that the Motion to Dismiss should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed.

SIGNED ON THIS THE _____ day of _____, 2020.

_____
Alan D Albright
UNITED STATES DISTRICT JUDGE