UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **GREATGIGZ SOLUTIONS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**LYFT, INC.,**<br><br>Defendant | Case No. 6:20-cv-651<br><br>**JURY TRIAL DEMANDED** |

### RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Defendant's Motion to Dismiss under Rule 12(b)(6) (Dkt. No. 13) is moot. On November 5, 2020, Plaintiff GreatGigz Solutions, LLC filed an Amended Complaint (Dkt. No.18) pursuant to Fed. R. Civ. P. 15(a)(1). As a result, Defendant's Motion to Dismiss should be denied as moot.

Dated: November 5, 2020                                Respectfully Submitted

/s/ *Thomas Fasone III*
Thomas Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR
GREATGIGZ SOLUTIONS, LLC**