# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| GREATGIGZ SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LYFT, INC., <br><br> Defendant. | **CIVIL ACTION NO. 6:20-cv-00651-ADA** <br><br><br> JURY TRIAL DEMANDED <br><br><br> The Honorable Alan D Albright |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM

After consideration of Defendant's Motion to Dismiss Complaint for Failure to State a Claim pursuant to Rule 12(b)(6), the Court finds that the Motion to Dismiss should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed.

SIGNED ON THIS THE _____ day of _____, 2021.

_____
Alan D Albright
UNITED STATES DISTRICT JUDGE