# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **GREATGIGZ SOLUTIONS, LLC,**<br><br>**Plaintiff**<br><br>v.<br><br>**LYFT, INC.**<br><br>**Defendant** | Case No. 6:20-cv-651<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINES FOR PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF AND DEFENDANT'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

GreatGigz Solutions, LLC ("Plaintiff") moves the Court for an extension of the deadlines for Plaintiff to file its Opening Claim Construction Brief ("Opening Brief") and for Defendant to file its Responsive Claim Construction Brief ("Responsive Brief"). The parties are engaged in settlement discussions and are close to reaching a resolution.

Plaintiff's Opening Brief is currently due on May 17, 2021 and Defendant's Responsive Brief is due on June 7, 2021 [Dkt. No. 28]. The Parties have stipulated and agreed to extend the deadline for Plaintiff to file its Opening Brief to be up to and including May 24, 2021, and to extend the deadline for Defendant to file its Responsive Brief to be up to and including June 14, 2021. This motion and agreement between the Parties should not be construed as a waiver of any other rights or defenses.

Accordingly, as stipulated and agreed by the Parties, Plaintiff respectfully requests that the deadline for Plaintiff's Opening Brief be up to and including May 24, 2021, and that the deadline for Defendant's Responsive Brief be up to and including June 14, 2021.

Date: May 17, 2021                                Respectfully submitted,

*/s/ René A. Vazquez*

René A. Vazquez
Virginia Bar No. 41988
rvazquez@ghiplaw.com
Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEYS FOR
GREATGIGZ SOLUTIONS LLC**